EXHIBIT 1

XAYAMONTY, Khamsay
Reg. No.: 19512-006 (J)

This is in response to your Inmate Request to Warden dated May 1, 2020, wherein you request to be reviewed for the Cares Act.

The BOP has immediately began reviewing all inmates who have COVID-19 risk factors, as described by the CDC, to determine which inmates are suitable for home confinement. Inmates do not need to apply to be considered for home confinement. Case management staff are urgently reviewing all inmates to determine which ones meet the criteria established by the Attorney General. You will be notified by your Unit Team if you are deemed appropriate."

_____          5-7-2020
J. Fikes, Warden                          Date

RECEIVED BY MAIL
MAY 22 2020
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

SCANNED
MAY 22 2020
U.S. DISTRICT COURT MPLS

BP-A148.055
SEP 98
INMATE REQUEST TO STAFF

U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) Warden. Fikes | DATE: 5-1-2020 |
|---|---|
| FROM: Xayamonty Khamsay | REGISTER NO.: 19512-006 |
| WORK ASSIGNMENT: Recycle-Out | UNIT: J |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

BASED UPON the Cares Act/Covid-19 Pandemic, AND the "UPDATED" outlined factors set by the B.O.P I'M Requesting that I be Placed into home confinement, because I meet these standards, ① No institutional infractions in last twelve months, ② I have verifiable release plan, ③ I have no prior offenses, and this primary offense is a non-violent drug charge, ④ I Don't have any detainers, ⑤ I'M currently serving time in Sandstone F.C.I, a low level security institution, with Camp points, Awaiting transfer to a camp, when the Covid-19 lock down lifts,

(Do not write below this line)

DISPOSITION:

⑥ My Risk Assessment level is Minimum, and so is My Score, ⑦ I'd be living with My Mother, who lives Alone.

FCI Sandstone
MAY 06 2020
Warden's Office

| Signature Staff Member | Date |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER

**SECTION 6**

Case 3:20-cv-00123-SLG   Document 1-1   Filed 05/22/20   Page 2 of 8

BP-A148.055
SEP 98

U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS

# INMATE REQUEST TO STAFF

| TO: (Name and Title of Staff Member) | DATE: |
| --- | --- |
| Warden. Fikes | 5/4/2020 |
| FROM: Xayamonty Khamsay | REGISTER NO.: 19512-006 |
| WORK ASSIGNMENT: Recycle-out | UNIT: J |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

Based upon the CARES ACT/Covid-19 Pandemic, 3582(C)(1)(A) And the "Updated" Outlined Factors set by the B.O.P. I'm requesting that I be placed into home confinement, because I meet these standards, (1) No institutional infractions in last twelve months, (2) I have verifiable release Plan, (3) I have no prior offenses, And this primary offense is a non-violent Drug charge, (4) I don't have any detainers (5) I'm currently serving time in Sandstone F.C.I. A low level security instition, with Camp points, Awaiting transfer to camp, when the Covid-19 lock down lift. (6) Medical condition, high blood pressure, Nerve damage due to surgry.
→ Back page.

DISPOSITION:

FCI Sandstone
MAY 06 2020
Warden's Office

Signature Staff Member | Date

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER

**SECTION 6**

⑧ my risk assessment leve is minimum, and so is my score, ⑨ I'd be living with my mother who lives alone.

BP-A0148
JUNE 10
U.S. DEPARTMENT OF JUSTICE

INMATE REQUEST TO STAFF CDFRM

FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) TO CASE MANAGER Christophersen | DATE: May 16, 2020 |
|---|---|
| FROM: KHAMSAY XAYAMONTY | REGISTER NO.: 19512-006 |
| WORK ASSIGNMENT: Recycle out | UNIT: UNIT J |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

PLEASE ADD THIS RELEASE PLAN TO MY FILE.

IF (WHEN?) GRANTED MY REQUEST FOR COMPASSIONATE RELEASE, I HAVE MY OWN HOME TO LIVE IN WITH FAMILY WHILE FINISHING MY SENTENCE UNDER HOME CONFINEMENT. I HAVE A JOB LINED UP IN CONSTRUCTION AS A PAINTER. IF PLANES ARE FLYING, I'LL FLY TO LAS VEGAS NV, & PICKED UP AT THE AIRPORT AND BE DRIVEN DIRECTLY HOME. IF NO PLANES, I'LL TAKE THE BUS DIRECTLY HOME, TAXICAB TO HOME FROM THE BUS STATION.      (Do not write below this line)     (OVER) →

DISPOSITION:

| Signature Staff Member | Date |
|---|---|

Record Copy - File; Copy - Inmate
PDF                    Prescribed by P5511

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

MY U.S. PROBATION OFFICER WILL APPROVE MY HOME ADDRESS. MY BOP FILE WILL CONFIRM THAT I TOOK ADVANTAGE OF REENTRY PROGRAMMING, OTHER INMATES FROM FCI-SANDSTONE HAVE ALREADY LEFT (PART OF CORONAVIRUS AID RELIEF AND ECONOMIC SECURITY ACT - PUB L. 116-136 e. 12003)

I PLED GUILTY TO MY CRIME, I ACCEPT FULL RESPONSIBILITY FOR MY PAST ACTIONS. I AM LEAVING PRISON A BETTER MAN AND WILL CONTINUE SEEKING HELP FROM OTHERS UPON RELEASE SO I CAN HAVE A SUCCESSFUL REENTRY.

I AM AFRAID THAT IF (WHEN?) COVID-19 ARRIVES IN SANDSTONE, THE CURRENT MEASURES WILL NOT PREVENT AN OUTBREAK AS WE ALL BREATH THE SAME AIR AND ALL USE THE SAME BATHROOMS, PHONES, AND E-MAIL KEYBOARDS. HOW CAN WE "EAT" WITH OUR MASKS ON? INMATES DON'T "SLEEP" WITH THEIR MASKS ON. CDC'S RECOMMENDATIONS FOR SOCIAL DISTANCING CANNOT BE MET.

PLEASE GRANT MY RELEASE PLAN, I DON'T WANT MY FEW REMAINING YEARS IN FEDERAL CUSTODY TO RESULT IN A DEATH SENTENCE. PLEASE ALLOW ME HOME DETENTION WITH MY FAMILY - THANK-YOU.

EXHIBIT 2

```
BP-A0148                INMATE REQUEST TO STAFF CDFRM
JUNE 10
U.S. DEPARTMENT OF JUSTICE              FEDERAL BUREAU OF PRISONS
```

| TO: (Name and Title of Staff Member) | DATE: |
| --- | --- |
| WARDEN FIKES | MAY 16, 2020 |
| FROM: KHAMSAY XAYAMONTY | REGISTER NO.: 19512-006 |
| WORK ASSIGNMENT: RECYCLE - OUT | UNIT: UNIT J |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

COMPASSIONATE RELEASE REQUEST.

MY PREVIOUS CARES ACT REQUEST (COVID-19 CONCERNS) WAS PREVIOUSLY ADDRESSED. STAFF MEMBER, MRS FOGT, TOLD ME TO SUBMIT THIS REQUEST TO YOUR ATTENTION AND INCLUDE "EXTRAORDINARY AND COMPELLING CIRCUMSTANCES." OTHER INMATES IN MY SIMILAR SITUATION HAVE BEEN GRANTED THEIR REQUEST TO COMPLETE THEIR SENTENCE ON HOME CONFINEMENT. (SEE BACK) →

(Do not write below this line)

DISPOSITION:

Signature Staff Member | Date

Record Copy - File; Copy - Inmate

PDF                          Prescribed by P5511

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER          **SECTION 6**

COVID-19 PANDEMIC CONSTITUTES A COMPELLING REASON FOR HOME CONFINEMENT!

AS OF MAY 11, 2020, 3,385 FEDERAL INMATES HAVE BEEN INFECTED WITH COVID 19 INCLUDING IN 48 INMATES DYING BECAUSE OF THIS VIRUS

FCI-LOMPOC HAD 842 CASES, 300 NEW CASES ADDED IN JUST ONE WEEK. 70% OF THAT PRISON HAS BEEN INFECTED, HAS ANYONE FROM FCI-SANDSTONE EVEN BEEN TESTED? FCI-TERMINAL ISLAND HAD 693 COVID 19 CASES. I AM CAMP ELIGIBLE AND POSE NO RISK TO SOCIETY. MY OFFENSE WAS NON-VIOLENT - ZERO INCIDENT REPORTS.

MY MEDICAL FILE WILL CONFIRM I HAVE HIGH BLOOD PRESSURE AND SURGERY TO MY HAND CONFIRMS NERVE DAMAGE. I CAN'T WORK OUTSIDE BUT WAS VERBALLY TOLD IF I DIDN'T AGREE TO WORK "OUT" CUSTODY, I WOULD LOSE MY CHANCE TO TRANSFER TO A MINIMUM SECURITY CAMP.

MY PATTERN SCORE IS LOW, I HAVE SERVED MORE THAN 1/2 OF MY SENTENCE (OUT DATE 2-12-24) BECAUSE OF DORM PRISON HOUSING, CUBICLES DON'T ALLOW THE SIX FOOT SOCIAL DISTANCING RECOMMENDED BY THE CDC TO CURTAIL THE SPREAD OF COVID-19. SEE U.S. V. TAYLOR 2020 WL 2084974 (M.D. PA. APRIL 30, 2020) PLUS CORDARO V. FINLEY 2020 WL 2084960 (4-30-20) I MUST FIRST BE DENIED MY COMPASSIONATE RELEASE REQUEST PRIOR TO FILING A §3241 MOTION. PLEASE GRANT MY REQUEST BEFORE COVID-19 ENTERS SANDSTONE.