Jane M. Imholte
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
425 G Street, Suite 800
Anchorage, Alaska 99501
Phone: (907) 646-3400
Fax: (907) 646-3480
Email: jane_imholte@fd.org

Counsel for Petitioner Khamsay Xayamonty

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KHAMSAY XAYAMONTY,<br>            Petitioner,<br>  vs.<br>WARDEN J. FIKES (FCI Sandstone),<br>            Respondent. | Case No. 3:20-cv-00123-TMB-1<br><br>**STATUS REPORT** |

COMES NOW, Jane M. Imholte, Assistant Federal Defender and hereby gives notice that counsel has spoken with Mr. Xayamonty, and he has confirmed that he wants the Office of the Federal Defender to represent him in this matter. Counsel is in the process of obtaining Mr. Xayamonty's institutional and medical records from the Bureau of Prisons. Counsel asks that Mr. Xayamonty be granted leave to file an amended motion or give notice that none will be filed no later than July 31, 2020.

DATED at Anchorage, Alaska this 22nd day of July, 2020.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

*/s/ Jane M. Imholte*
Jane M. Imholte
Assistant Federal Defender

Certificate of Service:

I hereby certify that I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Alaska by using the district's CM/ECF system on July 22, 2020. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.

/s/ Jane M. Imholte