# UNITED STATES DISTRICT COURT

for the

District of Alaska

| | | |
|---|---|---|
| KHAMSAY XAYAMONTY | ) | |
| *Petitioner* | ) | |
| v. | ) | Civil Action No. 3:20-cv-00123-TMB |
| | ) | |
| WARDEN J. FIKES (FCI Sandstone) | ) | |
| *Respondent* | ) | |

## JUDGMENT IN A CIVIL ACTION

**DECISION BY COURT.** This action came to trial or decision before the Court. The issues have been tried or determined and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED:

    THAT the Motions for Compassionate Release in case 3:16-cr-00045-TMB were denied. The Petition does not raise any grounds for relief that differ from those discussed in case 3:16-cr-00045-TMB. The Petition at Docket 1 is **DENIED**.

APPROVED:

**s/Timothy M. Burgess**
Timothy M. Burgess
Senior United States District Judge

Date: November 12, 2020

                                                      **Brian D. Karth**
                                                      Brian D. Karth
                                                      Clerk of Court

*Note: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.2, and 58.1.*